OSCN Found Document:STATE ex rel. OKLAHOMA BAR ASSOCIATION v. FRYAR

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 STATE ex rel. OKLAHOMA BAR ASSOCIATION v. FRYAR
2024 OK 59
Case Number: SCBD-7713
Decided: 07/31/2024
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 59, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

 

 

STATE OF OKLAHOMA ex rel. OKLAHOMA BAR ASSOCIATION, Complainant,
v.
ANDREA BETH FRYAR A.K.A ANDREA BETH BENNETT, Respondent.

ORDER OF IMMEDIATE INTERIM SUSPENSION

¶1 The Oklahoma Bar Association (OBA), in compliance with Rules 7.1 and 7.2 of the Rules Governing Disciplinary Proceedings (RGDP), has forwarded to this Court certified copies of the Information, Probable Cause Affidavit, Plea of Guilty, and Judgment and Sentence from the following matter in Cleveland County, Oklahoma: State of Oklahoma v. Andrea Beth Bennett, case no. CF-2022-0040. Pursuant to a plea agreement, the Respondent pled guilty to the charge of felony Child Endangerment by Driving Under the Influence, the charge of misdemeanor Driving a Motor Vehicle while under the Influence of Alcohol, the charge of misdemeanor Transporting Open Container of Alcoholic Beverage, and the charge of misdemeanor Leaving the Scene of an Accident Involving Damage. The court sentenced Fryar to a four-year suspended sentence on the felony conviction, a one-year suspended sentence on the misdemeanor conviction of driving a motor vehicle while under the influence of alcohol, a six-month suspended sentence on the misdemeanor conviction of transporting open container of alcoholic beverage, and a one-year suspended sentence on the misdemeanor conviction of leaving the scene of an accident involving damage, with all terms of imprisonment to run concurrent with each other.

¶2 Rule 7.3 of the RGDP provides: "Upon receipt of the certified copies of Judgment and Sentence on a plea of guilty, order deferring judgment and sentence, indictment or information and the judgment and sentence, the Supreme Court may by order immediately suspend the lawyer from the practice of law until further order of the Court." Having received certified copies of these papers and orders, this Court orders that Andrea Beth Fryar is immediately suspended from the practice of law. Andrea Beth Fryar is directed to show cause, if any, no later than August 19, 2024, why this order of interim suspension should be set aside. See RGDP Rule 7.3. The OBA has until September 6, 2024, to respond.

¶3 DONE BY ORDER OF THE SUPREME COURT ON July 31, 2024.

/S/CHIEF JUSTICE

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA